## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **TODD CARLTON SMITH,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 15-3079-KHV** |
| **UNITED STATES MARSHAL, MIAMI,** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |

## ORDER TO SHOW CAUSE

This matter is a petition for habeas corpus filed pursuant to 28 U.S.C. § 2241. Petitioner commenced this action in the United States District Court for the Southern District Of Florida. That court granted petitioner leave to proceed in forma pauperis and transferred the matter to the District of Kansas. Petitioner challenges a federal detainer.

The Court has examined the record and finds that a responsive pleading is required.

**IT IS THEREFORE ORDERED** that respondent shall show cause no later than June 17, 2016, why the writ should not be granted. Petitioner is granted ten (10) days after receipt of respondent's answer and return to file a traverse.

The Clerk of the Court shall transmit copies of this order to the parties and to the U.S. Attorney for the District of Kansas.

Dated this 31st day of May, 2016 at Kansas City, Kansas.

S/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge